NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEOPOLD R. BRANDENBURG, SR.,**
*Plaintiff-Appellant*

**v.**

**U.S. DEPARTMENT OF STATE,**
*Defendant-Appellee*

---

2023-2259

---

Appeal from the United States District Court for the District of Columbia in No. 1:22-cv-02120-BAH, Judge Beryl A. Howell.

---

Before PROST, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

Leopold R. Brandenburg, Sr. brought this action challenging his separation from federal employment and the denial of a waiver from his obligation to pay back over $100,000 in unearned salary.  The United States District Court for the District of Columbia dismissed his complaint.  Mr. Brandenburg has appealed that judgment to this court.  Having now considered the parties' responses to this court's show cause order, we transfer the case to the United

States Court of Appeals for the District of Columbia Circuit.

This appeal does not fall within the limited authority that Congress granted this court to review decisions of federal district courts. That jurisdiction generally extends to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* §1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1); *Bragg v. Keohane*, 820 F.2d 402, 403–04 (Fed. Cir. 1987). And Mr. Brandenburg's case does not fit into any of those categories. Accordingly, we transfer to the D.C. Circuit. *See* 28 U.S.C. §§ 1291, 1294(1); 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

This appeal and all transmittals are transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 14, 2023
Date